**RECEIVED**
IN LAKE CHARLES, LA

FEB 15 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| KEELYE TOMLINSON | : | DOCKET NO. 05-0334 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| HEALTHCARE SERVICES GROUP, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

On January 3, 2006, this court issued an order wherein we noted that: the case was over ten months old, there was no return of service as to defendants, and the court was considering dismissing the case. Plaintiff was allotted 15 calendar days to serve defendants and to file the returns of service, or to provide good cause for her inability to do so.

As of today, there is no indication in the record that defendants have been served, nor has plaintiff explained to the court her failure to serve defendants. Since more than 120 days have elapsed without service of process having been perfected and return of service filed in the record, it is ordered that plaintiff's suit be, and it is hereby DISMISSED, without prejudice, in its entirety. LR 41.3W, Fed.R.Civ.P. 4(m). The case may be reinstated upon good cause shown within the next thirty (30) days from today.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of February, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE